IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Courtroom Deputy: Laura Galera | Date: August 24, 2012 |
| Court Reporter: Gwen Daniel | Interpreter: Cathy Bahr and Rosemary McCoy |

Criminal Action No. 12-cr-00169-RBJ

*Parties*:  *Counsel*:

| | |
|---|---|
| UNITED STATES OF AMERICA, | Barbara Skalla |
| Plaintiff, | |
| v. | |
| 2. ALVARO CARRIO CORTEZ, | Carl E. Stahl |
| 3. JULIO CEASAR LINARES SOLORIO, | Richard Stuckey |
| 4. ARTURO JUNIOR BARRAZA, | Alaurice Tafoya-Modi |
| 5. DANIEL EVERETT GROVES, | Thomas E. Goodreid |
| 6. MILTON BRADLEY GAREWAL, | John Tatum |
| 7. ALEJANDRO CASTRO, | Leslee Barnicle |
| 8. CRESCENCIO FELIPE CASTRO NIEBLAS, | R. Scott Reisch |
| Defendants. | |

COURTROOM MINUTES

**MOTION HEARING**

**Court in session:**     1:55 p.m.

Appearances of counsel.

Interpreters for Defendants Crescencio Nieblas and Julio Solorio sworn.

Defendants Arturo Junior Barraza, Julio Solorio, Crescencio Nieblas, Alejandro Castro, Milton Garewal and Alvaro Cortez appear in custody.

Defendant Daniel Groves appears on bond.

Skalla requests time to file a response to the Motion to Reconsider Bond Conditions Doc.# [136] and notes she will try to file it by August 28, 2012.

Argument by Ms. Skalla as to the Motion for Early Disclosure of Jencks Material Doc.# [112].

Argument by Ms. Tafoya-Modi and Ms. Skalla as to Defendant's Motion for Discovery of Informants' Identity and for Impeachment Material Doc.# [50].

**ORDERED:** Defendant's Motion for Discovery of Informants' Identity and for Impeachment Material Doc.# [50] is GRANTED. The government is ordered to provide disclosure by **November 21, 2012.**

**ORDERED:** Motion to Disclose Substance of Proffers of Cooperating Government Witnesses Doc.# [107] is GRANTED IN PART (Paragraph 1 only) AND DENIED IN PART.

**ORDERED:** Defendant Barraza's Motion for Severance From Codefendants Doc.# [108] is DENIED.

**ORDERED:** Motion for Preservation of Tapes and Notes Doc.# [110] is GRANTED.

**ORDERED:** Motion for James Hearing Doc.# [111] is GRANTED. A hearing will be set at a later time pursuant to counsel's request.

**ORDERED:** Motion for Early Disclosure of Jencks Material Doc.# [112] is DENIED AS MOOT but can be renewed if needed.

**ORDERED:** Motion for Expert Notice Doc.# [113] is GRANTED.

**ORDERED:** Motion for Government to Disclose Rule 404(B), 608 and 609 Evidence Sought to be Used by the Government at Trial Doc.# [114] is GRANTED.

**ORDERED:** Motion for Complete Discovery Doc.# [118] is DENIED AS MOOT.

**ORDERED:** Motion for Severance Doc.# [119] is DENIED.

**ORDERED:** Motion for Complete Discovery Doc.# [122] is DENIED.

**ORDERED:** Motion for Complete Discovery Doc.# [123] is DENIED.

**ORDERED:** Deadline for filing additional motions is **October 26, 2012.** Responses due **November 9, 2012.**

**ORDERED:**   Defendants Julio Solorio, Crescencio Nieblas, Alejandro Castro, Milton Garewal and Alvaro Cortez are remanded to the custody of the United States Marshal.

**ORDERED:**   Defendant Daniel Groves is continued on bond.

**Court in recess:**   2:10 p.m.
**Court in session:**   2:44 p.m.

Argument by Ms. Tafoya-Modi and Ms. Skalla as to the Motion for Revocation of Magistrate Judge's Detention Order and for Hearing De Novo Doc.# [78].

**ORDERED:**   Motion for Revocation of Magistrate Judge's Detention Order and for Hearing De Novo Doc.# [78] is GRANTED.

**ORDERED:**   Court grants a $5,000 unsecured bond as to Defendant Barraza with the conditions as set forth in the Order Setting Conditions of Release.

**ORDERED:**   Defendant Arturo Barraza remanded to the custody of the United States Marshal, to be released after processing.

**Court in recess:**   3:13 p.m.

Hearing concluded.

Total time:   00:44